1  Michael Yancey, NV #16158
   **CONSUMER ATTORNEYS**
2  2300 West Sahara Ave. Suite 800
   Las Vegas, NV 89102
3  E: myancey@consumerattorneys.com
   T: (480) 573-9272
4  F: (718) 715-1750

5  James Ristvedt
   *admitted pro hac vice*
6  **CONSUMER ATTORNEYS**
   8245 North 85th Way
7  Scottsdale, AZ 85258
   E: jristvedt@consumerattorneys.com
8  T: (480) 626-1956
   F: (718) 715-1750

9
   *Attorney for Plaintiff Shawn Swilley*
10

11              **IN THE UNITED STATES DISTRICT COURT**
                 **FOR THE DISTRICT OF NEVADA**
12

13   SHAWN SWILLEY,                    Case No.: 2:23-cv-00860-ART-EJY

14   Plaintiff,

15   v.                               **JOINT MOTION TO EXTEND**
                                      **DISCOVERY DEADLINES**
16   RENTGROW, INC.; and CLEARA,      **(FOURTH REQUEST)**
     LLC,
17
     Defendants.
18

19       Plaintiff SHAWN SWILLEY ("Plaintiff"), Defendant RENTGROW, INC.,

20   ("RentGrow") and Defendant Cleara, LLC ("Cleara") (together, the "Parties"),

                                    1

through each Parties' counsel of record, hereby file this Joint Motion to Extend Discovery Deadlines (Fourth Request) (the "Motion"). This Motion is filed in accordance with LR 26-3. For the reasons set forth below, the Parties respectfully request this Court extend the current discovery deadlines by forty-five (45) days. This is the second motion to extend the discovery deadlines.

I.      DISCOVERY COMPLETED TO DATE

1.      One September 5, 2023, the Joint Discovery Plan and Scheduling Order (the "Discovery Plan") was entered by the Court. [Dkt. No. 15].

2.      On August 30, 2023, Plaintiff and RentGrow exchanged Initial Disclosure Statements Pursuant to Fed. R. Civ. P. 26(a)(1).

3.      On August 21, 2023, Plaintiff propounded his First Set of Requests for Production of Documents, First Set of Requests for Admissions, and First Set of Interrogatories on RentGrow.

4.      On August 22, 2023, RentGrow propounded its First Set of Requests for Production of Documents, First Set of Requests for Admissions, and First Set of Interrogatories on Plaintiff.

5.      RentGrow responded to Plaintiff's First Set of Discovery Requests on September 29, 2023, and Plaintiff responded to RentGrow's First Set of Discovery Requests on October 5, 2023.

6. On October 20, 2023, Plaintiff and RentGrow filed their Joint Motion to Extend Discovery Deadlines (First Request). The joint motion was granted the same day.

7. On October 23, 2023, Plaintiff filed his Amended Complaint and Demand for Jury trial adding Cleara, LLC as a defendant.

8. On November 17, 2023, RentGrow filed its Emergency Motion for Protective Order. Plaintiff's Response to RentGrow's Emergency Motion was filed November 28, 2023.

9. On December 1, 2023, RentGrow filed its Answer to Plaintiff's Amended Complaint.

10. On December 4, 2023, the Court heard RentGrow's Emergency Motion for Protective Order. RentGrow's motion was subsequently granted.

11. On December 19, 2023, Plaintiff and RentGrow stipulated to extend the discovery deadlines by an additional ninety (90) days.

12. On December 20, 2023, Cleara filed its Motion to Dismiss. Plaintiff's Response to Cleara's Motion to Dismiss was filed on January 3, 2024 and Cleara's Reply to Plaintiff's Response was filed on January 10, 2024. The Motion to Dismiss is currently pending.

13.     On December 21, 2023, Plaintiff propounded his First Set of Requests for Production of Documents, First Set of Requests for Admissions, and First Set of Interrogatories on Cleara.

14.     On January 4, 2024, Plaintiff filed their Motion to Compel Production of Documents from RentGrow. RentGrow's Response to Plaintiff's Motion to Compel was filed on January 18, 2024 and Plaintiff's Reply to RentGrow's Response was filed on January 25, 2024.

15.     On January 24, 2024, Cleara served its responses to Plaintiff's First Set of Requests for Admissions.

16.     On January 30, 2024, the parties attended the deposition of Plaintiff Shawn Swilley.

17.     On February 5, 2024, Plaintiff served his Amended Notice of Deposition for Cleara's FRCP 30(b)(6) representative. The deposition was noticed to take place on March 4, 2024.

18.     On February 7, 2024, the Court heard Plaintiff's Motion to Compel Production of Documents. Plaintiff's motion was subsequently granted in part and denied in part.

19.     On February 8, 2024, Cleara served its responses to Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents.

20.     On February 12, 2024, Cleara filed its Motion to Stay Discovery. Cleara's Amended Motion to Stay Discovery was then filed on February 20, 2024. Plaintiff's Response to Cleara's Amended Motion to Stay Discovery was filed on March 4, 2024 and Cleara's Reply to Plaintiff's Response was filed on March 11, 2024.

21.     On February 24, 2024, Cleara served its Initial Disclosure Statement Pursuant to Fed. R. Civ. P. 26(a)(1).

22.     On February 27, 2024, Cleara filed its Emergency Motion for Protective Order. Plaintiff's Response to Cleara's Emergency Motion was filed on March 4, 2024.

23.     On February 29, 2024, the parties attended the deposition of RentGrow's FRCP 30(b)(6) representative.

24.     On March 14, 2024, the Court heard Cleara's Motion to Stay Discovery and Emergency Motion for Protective Order. The Motion to Stay Discovery was subsequently denied, and the Emergency Motion for Protective Order was granted in part and denied in part.

25.     On March 29, 2024, Plaintiff served his Second Amended Notice of Deposition for Cleara's FRCP 30(b)(6) representative. The deposition was noticed to take place on May 2, 2024.

26.     On April 12, 2024, the parties attended a discovery hearing, at which time the Court extended the discovery deadlines by an additional sixty (60) days.

27.     On April 18, 2024, Plaintiff served his Third Amended Notice of Deposition for Cleara's FRCP 30(b)(6) representative. The deposition was noticed to take place on May 7, 2024.

28.     On May 3, 2024, Plaintiff served his Fourth Amended Notice of Deposition for Cleara's FRCP 30(b)(6) representative. The deposition was noticed to take place on May 14, 2024.

29.     On May 7, 2023, Cleara served its First Supplement to Initial Disclosure Statement Pursuant to Fed. R. Civ. P. 26(a)(1).

30.     On May 23, 2024, Plaintiff served his Fifth Amended Notice of Deposition for Cleara's FRCP 30(b)(6) representative. The deposition was noticed to take place on June 11, 2024.

**II.     DISCOVERY TO BE COMPLETED**

1.     The deposition of Defendant Cleara, LLC's FRCP 30(b)(6) representative.

2.     Additional written discovery

3.     Initial expert disclosures

4.     Rebuttal expert disclosures

5.     Expert depositions

**III.  REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN TIME LIMITS AND NEED FOR DISCOVERY TO BE EXTENDED**

This is the second joint motion to extend discovery deadlines and the fourth request overall. Since discovery in this matter commenced, the Parties have been diligently engaged in conducting all necessary discovery. The parties have all propounded to and responded to initial rounds of written discovery, and have also successfully completed the depositions of both Plaintiff and RentGrow's FRCP 30(b)(6) representative.

Unfortunately, the parties have been unable to complete the deposition of Cleara's FRCP 30(b)(6) representative. On May 13, 2024, Cleara's counsel informed us that Cleara's representative had fallen ill and was unable to attend the deposition noticed for May 14, 2024. Plaintiff's counsel re-noticed the deposition for June 11, 2024. On May 24, 2024, counsel for Cleara confirmed that the Cleara representative was available for their deposition on June 11, 2024. On June 7, 2024, counsel for Cleara informed Plaintiff's counsel that Cleara's representative had been admitted to the hospital. On June 10, 2024, Cleara's counsel confirmed that Cleara's representative was still in the hospital and would be unable to attend his deposition.

The parties have continued to work together and have attempted to reschedule this deposition more than once, however, the condition of Cleara's representative has recently worsened, and they have since been admitted to hospital for continued medical care. It is currently unknown if the representative will be able to return to

1    work or if Cleara will need to produce an alternative FRCP 30(b)(6) representative

2    in order to complete the planned deposition. The parties are in agreement that the

3    deposition of Cleara's representative needs to go forward before initial expert

4    disclosures can be made, and are continuing to work together to try and facilitate

5    rescheduling the deposition once the representative's medical status has been

6    confirmed. The additional time requested is not for the purpose of hindrance or

7    delay, but rather, to ensure that the parties have a reasonable opportunity to conduct

8    the remaining party deposition in this case, as well as to allow for their experts to

9    consider that testimony before authoring any written reports.

10        As a general statement, the parties are all in agreement that retained experts

11   request at least one month in order to properly research, draft, and finalize any such

12   expert report. Therefore, despite the diligence on the part of the Parties in completing

13   necessary discovery, the Parties anticipate that without the additional time being

14   requested, that compliance with the existing expert disclosure deadlines will not be

15   practicable and may harm the Parties' abilities to adequately support their claim(s)

16   and/or defense(s). The Parties are not requesting any extension of any deadlines that

17   have already passed.

18

19        //

20        //

8

**IV.   PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

| EVENT | EXISTING DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| Last Day to File Motion to Amend Pleadings/Add Parties | **CLOSED** | **CLOSED** |
| Initial Expert Disclosures | **July 15, 2024** | **August 29, 2024** |
| Rebuttal Expert Disclosures | **August 30, 2024** | **October 14, 2024** |
| Completion of Discovery | **October 14, 2024** | **November 28, 2024** |
| Dispositive Motions | **November 29, 2024** | **January 13, 2025** |

WHEREFORE, the Parties respectfully request that the Court extend the current discovery deadlines by forty-five (45) days.

Dated:  June 21, 2024

**COZEN O'CONNOR**

*/s/ Jan K. Tomasik*
Jan K. Tomasik, Esq.
Nevada Bar No.15104
Jonathan A. Rich, Esq.
Nevada Bar No. 15312
500 North Rainbow Blvd., Suite 300
Las Vegas, Nevada 89107
*Attorneys for Defendant Cleara, LLC*

**CONSUMER ATTORNEYS**

*/s/ James Ristvedt*
James Ristvedt
*admitted pro hac vice*
**CONSUMER ATTORNEYS**
8245 North 85th Way
Scottsdale, AZ 85258
E: jristvedt@consumerattorneys.com
T: (480) 626-1956
F: (718) 715-1750

**WOMBLE BOND DICKINSON US LLP**

*/s/ David A. Berkley*
David A. Berkley, Esq.
*Admitted Pro Hac Vice*
Kristin Lee Walker-Probst, Esq.
*Admitted Pro Hac Vice*
Courtney C. Wenrick, Esq.
*Admitted Pro Hac Vice*
400 Spectrum Center Drive, Suite 1700
Irvine, California 92618

**HOLLAND & HART LLP**
Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydnee Gambee, Esq.
Nevada Bar No. 14201
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
*Attorneys for Defendant RentGrow, Inc.*

*/s/ Michael Yancey*
Michael Yancey, NV #16158
**CONSUMER ATTORNEYS**
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
E: myancey@consumerattorneys.com
T: (480) 573-9272
F: (718) 715-1750

*Attorneys for Plaintiff Shawn Swilley*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: __June 21, 2024__

10